Sonia Swirsky, Administratrix of Estate of Meyer S. Swirsky, Deceased, Appellee, v. Milk Wagon Drivers' Union, Local 753 et al., Appellants.

Gen. No. 41,368.

opinion filed November 4, 1943. David A. Riskind and Abraham W. Brussell, for appellants; Myron E. Wisch, for appellee; Benjamin B. Crane and James E. Brown, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.